

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00055-CR

| | | |
|---|---|---|
| Terrell Devonte Robinson | § | From the 396th District Court |
| | § | of Tarrant County (1451613D) |
| v. | § | March 1, 2018 |
| | § | Opinion by Justice Birdwell |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
      Justice Wade Birdwell